**New Jersey Office of the Attorney General**

Division of Consumer Affairs
State Board of Dentistry
124 Halsey Street, 6th Floor, Newark NJ 07102

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

GURBIR S. GREWAL
*Attorney General*

PAUL R. RODRÍGUEZ
*Acting Director*

*Mailing Address:*
P.O. Box 45005
Newark, NJ 07101
(973) 504-6405

December 3, 2019

Ms. Elizabeth Armstrong
2 Berkeley Place
Cranford, New Jersey 07016

Re: Dr. Arthur F. Dawson
Pt : Elizabeth Armstrong
Complaint No.: DEN-2019-10134

Dear Ms. Armstrong:

This will acknowledge receipt of your complaint concerning the licensee named above. As an agency of the Division of Consumer Affairs, the Board has an important responsibility to protect the citizens of New Jersey. Please read the following information so that you may have some understanding of the role of the Board of Dentistry and the complaint review process.

Once your complaint is received, the Board will provide a copy to the licensee requesting a written, detailed response and a copy of your patient and billing records, if applicable. Please be assured that your patient records will be afforded every measure of confidentiality under the law. Once the response is received it is reviewed by staff for completeness and placed on the Board's agenda for consideration. If the Board determines that the response is sufficient, the Board may recommend a disposition at that time.

If the response is insufficient to have an appropriate review, the Board may require additional investigation which may include having the dentist appear before the Board to answer questions under oath. The dentist may be represented by an attorney at this proceeding. Minutes of the meeting are prepared and then presented to the full Board, at which time the Board will determine whether to take action. If there appears to be evidence of a violation of any of the laws or regulations governing dentistry in the State of New Jersey, the Board may then request the Attorney General to attempt to resolve the issue through a settlement process, or in the case of significant violations, the Board may ask the Attorney General to file formal charges.

The Board's procedures are set by law and regulation which afford the licensee rights to due process, including presenting a defense if formal charges are brought by the Attorney General. Should the matter proceed to this level, it may take some time to resolve your complaint. You should know that unless the matter becomes a contested case and a formal hearing is held, it is unlikely that you would be called to testify.

Final actions may come in the form of a settlement letter for minor violations of law or regulation, or a more formal order imposing a reprimand, or a suspension or revocation of licensing privileges for more serious offenses. The Board may impose monetary penalties and in some cases may require direct restitution.

The Board does not have the legal authority to require a licensee to pay damages for "pain and suffering" or to pay for the costs of subsequent treatment. Such costs are recoverable in malpractice or negligence actions filed in the civil courts. You should discuss your legal options with a qualified attorney, as there are specific time frames in which such an action must be filed. Because Board review and action may be lengthy, you may wish to pursue your legal options.

If your complaint involves a dispute over fees, please be advised that the Board of Dentistry exercises limited jurisdiction over fees. Fee disputes may be referred to the Alternative Dispute Resolution ("ADR") unit of the Division of Consumer Affairs. This is free mediation service that can be extraordinarily helpful in resolving such disputes.

While we would like to be able to speak to you giving periodic updates on the progress of your case, it is not possible to do so because of the volume of complaints currently under consideration. Please be assured that your complaint will be given every consideration. You will be advised of the Board's final determination in writing upon conclusion of the matter.

Very truly yours,
BOARD OF DENTISTRY

Jonathan Eisenmenger
Executive Director

JE/kb
encl.